IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JACK CASEY SISEMORE                                                    PETITIONER

VS.                    CASE NO. 2:09CV00114 SWW

T.C. OUTLAW, WARDEN,
FCI FORREST CITY, ARKANSAS                                      RESPONDENT

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of October, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE